# Court of Appeals
# of the State of Georgia

ATLANTA, __December 18, 2023__

*The Court of Appeals hereby passes the following order:*

## A24A0604. THOMAS v. THE STATE.

Shatner Thomas filed a notice of appeal from his judgment of conviction in this case, and the appeal was docketed on November 15, 2023. Thomas's brief of appellant was due 20 days later, on December 5, 2023. The due date has passed, and Thomas has not filed a brief. Accordingly, Thomas's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/18/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*